IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

DWIGHT D. HENLEY

Criminal No. 15-199

INFORMATION CHARGING PRIOR OFFENSES PURSUANT
TO TITLE 21, UNITED STATES CODE, SECTION 851

I, David J. Hickton, United States Attorney for the Western District of Pennsylvania, do hereby accuse the defendant, DWIGHT D. HENLEY, who was charged, by an Indictment in the Western District of Pennsylvania, with possession with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D), of having been previously convicted of a felony drug offense at one or more of the following cases, at the following Docket Numbers, from the Allegheny County Court of Common Pleas (Pennsylvania):

    1) 6858-07 on or about June 12, 2008;

    2) 10079-98 on or about November 16, 1998;

    3) 8694-98 on or about November 16, 1998; and

    4) 4648-98 on or about November 16, 1998.

As a result, the increased penalties applicable to the defendant are:

1) A term of imprisonment of not more than ten (10) years;

2) A fine not to exceed $500,000; and

3) A term of supervised release of at least four (4) years.

The defendant is advised that, pursuant to 21 U.S.C. § 851(b), he must affirm or deny that he has a prior qualifying conviction before the pronouncement of sentence. Any challenge not made before sentence is imposed may not thereafter be raised to attack the sentence.

Respectfully submitted,

*STEPHEN R. KAUFMAN*
*FOR DAVID J. HICKTON*

DAVID J. HICKTON
United States Attorney
PA ID No. 34524

ROSS E. LENHARDT
Assistant U.S. Attorney
U.S. Post Office and Courthouse
700 Grant Street
Suite 4000
Pittsburgh, PA 15219
(412) 644-3500 (Phone)
(412) 644-2645 (Fax)
Ross.Lenhardt@usdoj.gov
PA ID No. 53627