UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 18-1428
_____

UNITED STATES OF AMERICA

v.

DWIGHT D. HENLEY,
Appellant
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D. C. No. 2-15-cr-00199-001)
District Judge: Honorable Mark R. Hornak
_____

Submitted February 5, 2019
Before: HARDIMAN, SCIRICA, and RENDELL, *Circuit Judges*.
_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States District
Court for the Western District of Pennsylvania and was submitted pursuant to Third
Circuit L.A.R. 34.1(a) on February 5, 2019. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court
entered February 15, 2018, be and the same is hereby AFFIRMED. All of the above in
accordance with the Opinion of this Court.

No costs shall be taxed.

ATTEST:


s/ Patricia S. Dodszuweit
Clerk


Dated: October 29, 2019